ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Howard A. Sagaser (SBN 72492)
5260 North Palm Ave., Suite 300
Fresno, CA 93704-2215
Tel: 559-225-6700
Fax: 559-225-3416
Attorneys for Plaintiff
Fresno Truck Center, Inc.

PHILIP M. MILLER (SBN 87877)
ANNE M. BEVINGTON (SBN 111320)
JULIE A. OSTIL (SBN 215202)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
pmiller@sjlawcorp.com
abevington@sjlawcorp.com
jostil@sjlawcorp.com

Attorneys for Defendant
Automotive Industries Welfare Fund

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| FRESNO TRUCK CENTER, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>AUTOMOTIVE INDUSTRIES WELFARE FUND; and DOES 1 through 20,<br><br>Defendants. | Case No. 1:11-cv-01217-LJO DLB<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

All parties hereby stipulate and request that the court enter an order extending defendant's time to file an answer or other responsive pleading by approximately 60 days. Good cause exists for the request:

1. Plaintiff filed its complaint in state court on June 16, 2011, and defendant was served with that complaint on June 28, 2011. On July 22, 2011, the case was removed by

- 1 - **Stipulation and [Proposed] Order to Extend Defendant's Time to Respond: Case No. CV-11-1217 LJO**

defendant to Federal District Court.  On July 28, 2011, defendant filed a motion to dismiss or to transfer venue.

2. On August 3, 2011, plaintiff filed a First Amended Complaint.  Defendant, on August 4, 2011, notified the Court that its pending motion to dismiss was withdrawn.

3. Since the filing of the First Amended Complaint, the parties have conferred through their counsel of record. They believe that there is a possibility of an early settlement in this matter and would like to exchange information in hopes of achieving an early resolution.

4. If the matter cannot be settled at an early stage, defendant anticipates filing a renewed motion to dismiss and/or transfer the case to the Northern District of California.

5. The parties do not wish to incur further fees in preparing or opposing dispositive motions at this time given the possibility of settlement, and do not wish to cause the Court to use its time in considering motions that may be obviated by an early settlement.

6. Plaintiff and defendant are therefore in agreement that defendant's date to file an answer or other pleading responsive to the First Amended Complaint, including a renewed motion to dismiss and/or transfer, be extended by approximately 60 days, to October 12, 2011.  The parties respectfully request that the Court so order.

Dated: August 9, 2011     ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By: _____/S/_____
HOWARD A. SAGASER
Attorneys for Defendant AUTOMOTIVE
INDUSTRIES WELFARE FUND

Dated: August 10, 2011    SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/ Julie A. Ostil_____
JULIE A. OSTIL
Attorneys for Defendant AUTOMOTIVE
INDUSTRIES WELFARE FUND

- 2 - **Stipulation and [Proposed] Order to Extend Defendant's Time to Respond: Case No. CV-11-1217 LJO**

K:\DLB\To_Be_Signed\11cv1217.o.stip to extend time to respond.doc

**1**          **ORDER**

**2**  Pursuant to stipulation, and for good cause shown, defendant's deadline to respond to plaintiff's

**3**  First Amended Complaint is extended to October 12, 2011.

**4**

**5**  IT IS SO ORDERED.

**6**     Dated:   **August 10, 2011**                    /s/ Dennis L. Beck

**7**                                    UNITED STATES MAGISTRATE JUDGE

**8**

**9**

**10**

**11**

**12**

**13**

**14**

**15**

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**