1   ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
2   Howard A. Sagaser (SBN 72492)
5260 North Palm Ave., Suite 300
3   Fresno, CA 93704-2215
Tel: 559-225-6700
4   Fax: 559-225-3416
Attorneys for Plaintiff
5   Fresno Truck Center, Inc.

6   PHILIP M. MILLER (SBN 87877)
ANNE M. BEVINGTON (SBN 111320)
7   JULIE A. OSTIL (SBN 215202)
SALTZMAN & JOHNSON LAW CORPORATION
8   44 Montgomery Street, Suite 2110
San Francisco, CA 94104
9   (415) 882-7900
(415) 882-9287 – Facsimile
10  pmiller@sjlawcorp.com
abevington@sjlawcorp.com
11  jostil@sjlawcorp.com

12  Attorneys for Defendant
Automotive Industries Welfare Fund

13

14              UNITED STATES DISTRICT COURT

15          FOR THE EASTERN DISTRICT OF CALIFORNIA

16                   (FRESNO DIVISION)

17  FRESNO TRUCK CENTER, a California
corporation,                                    Case No. 1:11-cv-01217-LJO-DLB
18
                    Plaintiff,                  **STIPULATION TO CONTINUE**
19      v.                                      **SCHEDULING CONFERENCE;**
                                                **ORDER THEREON**
20  AUTOMOTIVE INDUSTRIES WELFARE
FUND; and DOES 1 through 20,                    Date:   September 27, 2011
21                                              Time:  9:15 a.m.
                    Defendants.                 Courtroom: #9 (6th Floor)
22                                              Magistrate Judge Dennis L. Beck

23

24          All parties hereby stipulate and request that the court enter an order continuing the

25  currently calendared scheduling conference by approximately sixty (60) days.  Good cause exists

26  for the request:

27          1.      Plaintiff filed its complaint in state court on June 16, 2011, and defendant was

28  served with that complaint on June 28, 2011.  On July 22, 2011, the case was removed by

- 1 -                    **Stipulation and [Proposed] Order
to Continue Scheduling Conference:
Case No. CV-11-1217 LJO**

K:\DLB\To_Be_Signed\11cv1217.o.stip to cont conf.doc

1   defendant to Federal District Court.  On July 28, 2011, defendant filed a motion to dismiss or to

2   transfer venue.

3          2.      On August 3, 2011, plaintiff filed a First Amended Complaint.  Defendant, on

4   August 4, 2011, notified the Court that its pending motion to dismiss was withdrawn.

5          3.      On August 11, 2011 by Stipulation and Order, defendant's deadline to respond to

6   the First Amended Complaint was extended to October 12, 2011.  However, at that time the

7   parties did not request that the scheduling conference be continued, and so the scheduling

8   conference is currently set to be held before the filing deadline for defendant's responsive

9   pleading.

10         4.      Since the filing of the First Amended Complaint, the parties have continued to

11  confer through their counsel of record. They believe that there is a possibility of an early

12  settlement in this matter and would like to exchange information in hopes of achieving an early

13  resolution.

14         5.      If the matter cannot be settled at an early stage, defendant anticipates filing a

15  renewed motion to dismiss and/or transfer the case to the Northern District of California.

16         6.      The parties do not wish to incur further fees in preparing or opposing dispositive

17  motions at this time given the possibility of settlement, and do not wish to cause the Court to use

18  its time in considering motions that may be obviated by an early settlement.

19         7.      Further, the parties do not wish to incur fees in preparing for a scheduling

20  conference prior to a judicial determination of whether the Eastern District of California or the

21  Northern District of California is the correct venue for this matter.  Such scheduling conference is

22  premature in any case since no responsive pleading will have been filed by the date currently set

23  for the case management statement.

24         8.      Plaintiff and defendant are therefore in agreement that the Mandatory Scheduling

25  Conference be continued sixty (60) days with the Joint Scheduling Report to be electronically

26  filed one (1) week prior to the Scheduling Conference, in order to allow time for briefing of and

27  hearing on the motion to dismiss and motion to transfer in advance of deadlines to meet and

28  confer, exchange disclosures, etc.  The parties respectfully request that the Court so order.

**Stipulation and [Proposed] Order
to Continue Scheduling Conference:
Case No. CV-11-1217 LJO**

1  Dated: September 12, 2011                    ATKINSON, ANDELSON, LOYA, RUUD & ROMO

2

3                                              By: _____/S/_____

4                                                   HOWARD A. SAGASER
                                                    Attorneys for Defendant AUTOMOTIVE
5                                                   INDUSTRIES WELFARE FUND

6
   Dated: September 12, 2011                    SALTZMAN & JOHNSON LAW CORPORATION
7

8

9                                              By: _____/S/ Julie A. Ostil_____
                                                    JULIE A. OSTIL
10                                                  Attorneys for Defendant AUTOMOTIVE
                                                    INDUSTRIES WELFARE FUND
11

12                                     **ORDER**

13  Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the Scheduling

14  Conference is continued to DECEMBER 1, 2011, at 9:00 am with the Joint Scheduling Report to

15  be electronically filed in CM/ECF, one (1) full week prior to the Scheduling Conference.

16

17  IT IS SO ORDERED.

18     Dated:   **September 14, 2011**            _____/s/ Dennis L. Beck_____

19                                              UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

**Stipulation and [Proposed] Order
to Continue Scheduling Conference:
Case No. CV-11-1217 LJO**

K:\DLB\To_Be_Signed\11cv1217.o.stip to cont conf.doc