IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESNO TRUCK CENTER, INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AUTOMOTIVE INDUSTRIES WELFARE FUND,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV F 11-1217 LJO DLB<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 18.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action with prejudice;

2. VACATES all pending matters and dates, including the December 1, 2011 scheduling conference; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:　October 13, 2011**　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1